```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        SEP 2 2 2025

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

2:25-cv-01792-JCM-BNW

SABINA BOGACZ, et al.

        Plaintiff(s),

vs.

KRISTIN NOEM, et al.

        Defendant(s).

Case #_____

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Nicole Provax_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Kriezelman Burton & Associates_____
(firm name)

with offices at _____200 W. Adams, Suite 2211_____,
(street address)

___Chicago___, ___Illinois___, ___60606___,
(city)              (state)              (zip code)

___(312) 332-2550___ . ___nprovax@krilaw.com___ .
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Plaintiffs Sabina Bogacz and Joseph Decuir___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **January 14, 2021**, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Illinois** where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Seventh Circuit Court of Appeal | 05/10/2021 | N/A |
| Illinois Northern District Court | 05/02/2022 | N/A |
| Illinois Central District Court | 08/03/2022 | N/A |
| Indiana Southern District Court | 01/13/2023 | N/A |
| Michigan Western District Court | 02/20/2024 | N/A |
| Wisconsin Eastern District Court | 12/16/2024 | N/A |
| Indiana Northern District Court | 08/08/2025 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
>
> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
>
> Illinois State Bar Association, Federal Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Illinois_____ )
                              )
COUNTY OF _____Cook_____ )

_____Nicole Provax_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__15__ day of __September__, __2025__.

_____
Notary Public or Clerk of Court

OFFICIAL SEAL
DONALD ROGERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07/14/2026

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __William Michael Horvath__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____400 S. 4th Street, Suite 600_____,
(street address)

____Las Vegas____, ____Nevada____, ____89101____,
(city)              (state)            (zip code)

____(702) 474-4222____, ____mhorvath.law@gmail.com____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____William Michael Horvath_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Sabina Bogacz*
(party's signature)

Sabina Bogacz
(type or print party name, title)

*Joseph Decuir*
(party's signature)

Joseph Decuir
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

14545                    mhorvath.law@gmail.com
Bar number               Email address

APPROVED:

Dated: September 26, 2025.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16





Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org

2:25-cv-01792-JCM-BNW

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
9/18/2025

Re: Nicole M. Provax
Attorney No. 6336591

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Nicole M. Provax was admitted to practice law in Illinois on 1/14/2021; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar

# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Sep 23, 2025 10:26AM

Kriezelman Burton & Associates LLC

Rcpt. No: 200016303          Trans. Date: Sep 23, 2025 10:26AM          Cashier ID: #JG (6898)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DNVX225AT000001 /001<br>CLERK, US DISTRICT COURT | 1 | 250.00 | 250.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #6847 | 09/23/2025 | $250.00 |
| | | | Total Due Prior to Payment: | $250.00 |
| | | | Total Tendered: | $250.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: 2:25-cv-01792-JCM-BNW // re: Nicole M. Provax

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



FILED ✓
ENTERED ___
COUNSEL/PAR
SEP 2 2 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Case 2:25-cv-01792-JCM-BNW   Document 31   Filed 09/26/25   Page 8 of 8

